EMMA F. M. AYRES, Respondent, *v.* THE DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, Appellant.

(Argued June 8, 1896; decided June 16, 1896.)

MOTION to dismiss appeal.

*Adelbert E. Carroll* for motion.

*William Kernan* opposed.

Motion denied.

———————

DENNIS NUGENT, Appellant, *v.* THE ATLAS STEAMSHIP COM-
PANY (Limited), Respondent.

(Submitted June 8, 1896; decided June 16, 1896.)

MOTION for re-argument denied, with ten dollars costs.
(See 147 N. Y. 709.)

———————

SOLOMON HANFORD, Substituted Plaintiff, Respondent, *v.* THE
WASHINGTON LIFE INSURANCE COMPANY, Impleaded, etc.,
Appellant.

*Prindle* v. *Washington L. Ins. Co.*, 73 Hun, 448, affirmed
(Argued June 3, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, entered February 26,
1894, which reversed a judgment in favor of defendant entered
upon the report of a referee and granted a new trial.

*Foster & Thomson* for appellant.

*Solomon Hanford,* respondent in person.

Order affirmed and judgment absolute ordered for plaintiff
on stipulation, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.